LONG ISLAND LIGHTING COMPANY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 41738.) — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.